HAYDEL *vs.* WEBRE'S HEIRS.

APPEAL FROM THE COURT OF PROBATES FOR THE PARISH OF ST. JOHN
THE BAPTIST.

The certificate of the clerk which only states "that the record contains a
true and correct copy of the documents on file, and transcript of all the
procedings had in the Court of Probates," but is silent as to the evidence,
of the case, is insufficient, and the appeal will be dismissed.

This is an action of partition instituted by Adelaide Webre,
wife of U. Haydel, to provoke a partition and division of
the estate of her deceased father, the late Jean Webre. The

other heirs were all made defendants. A partition was made and homogated by a judgment of the Court of Probates, from which Désirée Webre, one of the defendants, appealed.

The clerk of the Court of Probates certified the record, as follows:

"I, Adolphe Sorapurn, clerk of the Court of Probates, in and for the parish of St. John the Baptist, do certify the foregoing ninety-six pages, to contain a true and correct copy of all thé documents on file, and transcript of all the proceedings had in the Court of Probates aforesaid, in the case of," &c.

*Morphy*, for the plaintiff, moved to dismiss the appeal in this case, on the ground that the certificate of the clerk was insufficient to enable the court to examine the case on its merits, and cited 7 *Louisiana Reports* 537.

No counsel appeared for the appellant.

The certificate of the clerk, which only states that "the record contains a true and correct copy of the documents on file, and transcript of all the proceedings had in the Court of Probates," but is silent as to the evidence of the case, is insufficient, and the appeal will be dismissed. *Bullard J.* delivered the opinion of the court.

In this case the appellee claims the dismissal of the appeal, on the ground that the transcript contains no statement of facts, and no sufficient certificate of the clerk or the judge, to enable this court to examine the case on the merits.

The clerk certifies that the record contains a true and correct copy of all the documents on file, and transcript of all the proceedings had in the Court of Probates, but is silent as to the evidence upon which the case was decided. This is clearly insufficient, there being no bill of exceptions, nor any assignment of errors.

It is, therefore, ordered, that the appeal be dismissed, with costs.